IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NANCY KINDER,

    Plaintiff,

v.

BEST BANK,

    Defendant.

Case No. 2:10-cv-12569
Judge George Caram Steeh
Magistrate Judge Paul J. Komives

---

**STIPULATED ORDER OF DISMISSAL**

    The parties having stipulated to entry of this Order and the Court being otherwise fully advised in the premises,

    NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

    This case is dismissed with prejudice and without costs, sanctions, or attorneys' fees awarded in favor or against either party.

    s/George Caram Steeh
    Honorable George Caram Steeh
    U. S. District Court Judge

Dated: February 1, 2011     Respectfully submitted,

GEOFFREY BESTOR, ESQ.     PLUNKETT COONEY

s/ Geoffrey Bestor      s/_____/
4204 Maple Terrace      Matthew J. Boettcher (P40929)
Chevy Chase, MD 20815      38505 Woodward Avenue, Suite 2000
(240) 463-8503      Bloomfield Hills, MI 48304
(866) 515-4989      (248) 901-4035
Email: gbesq@bestorlaw.com      (248) 901-4040 - fax
     mboettcher@plunkettcooney.com

Counsel for Plaintiff

     Counsel for Defendant